FILED

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0270



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0270

_____

MAKAYLA CHERISE-DAWN MASSE,

Petitioner and Appellee,

v.                                          O R D E R

BRAD RAE RICHARDSON,

Respondent and Appellant.

_____

Self-represented Petitioner Brad Rae Richardson moves this Court for a stay of an Order of Protection, entered in the First Judicial District Court, Lewis and Clark County, on April 19, 2024, and effective for one year. Through counsel, Appellee Makayla Cherise-Dawn Masse responds in opposition. The Order of Protection is the basis of this appeal.

Citing M. R. App. P. 22(2), Brad requests a stay of the Order of Protection in this Court after he sought a stay in the District Court on May 3, 2024. He adds that neither the District Court nor Makayla addressed his motion for a stay. Brad puts forth that the order of protection "should be stayed because it was filed with bad faith intent." He states that the order "restricts [his] rights without good cause."

Makayla provides that Brad's arguments lack merit in her request for a denial. Makayla points out that the court's Order of Protection allowed Brad to communicate with Makayla regarding their child and that any communication about their son would not be a violation of the Order. She counters that she has not violated the court's Order and that the court issued the Order of Protection because of Brad's written threats to Makayla and after the first, mutual no-contact order failed.

FILED

JUL 16 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Brad has adhered for the most part to the Montana Rules of Appellate Procedure. He first sought a stay in District Court. M. R. App. P. 22(1)(a)(i). More than sixty days have elapsed since the filing of his motion, and it is deemed denied under the Montana Rules of Civil Procedure. M. R. Civ. P. 59(e). Brad's request for a stay is timely, pursuant to M. R. App. P. 22(2)(a); however, it is not appropriate. For this Court to consider Brad's stay, he must demonstrate good cause. M. R. App. P. 22(2)(a)(i). We conclude that Brad has not done so, and that the Order of Protection shall not be stayed. Therefore,

IT IS ORDERED that Brad's Motion to Stay Order of Protection is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Brad Rae Richardson along with a copy of this Court's Civil Appellate Handbook.

DATED this ___ day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2